**Order entered October 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01117-CV

### DWIGHT BELL, DEBORAH BELL, AND BOB BELL, Appellants

### V.

### KAREN LYNN HARRIS, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00107-2014**

## ORDER

Appellant, Dwight Bell, has filed a motion for review of the trial court's order sustaining the contest to his affidavit of indigence. Accordingly, pursuant to Texas Rule of Appellate Procedure 20.1(j)(3), we **ORDER** Janet L. Dugger, Official Court Reporter of the 296th Judicial District Court, to file a reporter's record of the hearing on the contest. *See* TEX. R. APP. P. 20.1(j)(3). We further **ORDER** Collin County District Clerk Andrea Stroh Thompson to file a clerk's record containing the affidavit of indigency, all contests, any other documents filed in support of or opposition to the affidavit, the trial court's order sustaining the contest, and the trial court's order extending the time to conduct the hearing on the contest. *See id.* If no record of the hearing exists or any of the documents requested cannot be located, Ms. Dugger and Ms. Thompson shall notify the Court in writing. The requested reporter's and supplemental clerk's

records, or written verifications, shall be filed **no later than 5:00 p.m. on Thursday, October 15, 2015** and without advance payment of costs. *See id.* 4.1, 20.1(j)(3). No extensions will be granted. *See id.* 20.1(j)(4).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Ms. Dugger; Ms. Thompson; and all parties.

/s/    CRAIG STODDART
JUSTICE